IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-CV-1956

ALEXANDER WILD,

 Plaintiff,

v.

STAR GROUP SOLUTIONS INC.
d/b/a LAWNSTAR,

 Defendant.

## **NOTICE OF LEAD COUNSEL DESIGNATION**

Please take notice that Lauren M. Hausman, Esq., of the law firm of CopyCat Legal PLLC, is hereby designated as lead counsel in this action pursuant to Local Rule 2.02(a).

             Respectfully submitted,

Dated: August 30, 2023.    COPYCAT LEGAL PLLC
             3111 N. University Drive
             Suite 301
             Coral Springs, FL 33065
             Telephone: (877) 437-6228
             lauren@copycatlegal.com
             dan@copycatlegal.com
             james@copycatlegal.com

             By: /s/ Lauren M. Hausman_____
               Lauren M. Hausman, Esq.
               Florida Bar No.:1035947
               Daniel DeSouza, Esq.

                                Florida Bar No.: 19291
                                James D'Loughy, Esq.
                                Florida Bar No.: 0052700

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                /s/ Lauren M. Hausman___
                                Lauren M. Hausman, Esq.